```
 1  AUSTIN P. NAGEL, ESQ.
    California State Bar #118247
 2  ROGER L. EFREMSKY, ESQ.
    California State Bar #111467
 3  LAW OFFICES OF EFREMSKY & NAGEL
    5776 Stoneridge Mall Road, Suite 360
 4  Pleasanton, California  94588
    Telephone:  (925) 463-0505
 5  Facsimile:  (925) 463-8064

 6
    Attorneys for Plaintiff,
 7  CITICORP VENDOR FINANCE, INC.

 8

 9
                         UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11
                                FRESNO DIVISION
12

13

14
```

| | | |
|---|---|---|
| CITICORP VENDOR FINANCE, INC. | ) | Case No. MISC-F 04-009 |
| Plaintiff, | ) | **ORDER TO EXAMINE JUDGMENT DEBTOR** |
| v | ) | *NOTE change in hearing date & time, after conferring with counsel. |
| VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC., | ) | |
| Defendants. | ) | |

It, appearing by the Declaration of Austin P. Nagel, attorney of record for Plaintiff/Judgment Creditor, CITICORP VENDOR FINANCE, INC., in the above-entitled action, that:

(1) Judgment was recovered in such action against Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP. INC. on March 29, 2002, for the sum of $189,229.61, including interest and costs of suit; (2) that

1

Judgment was originally entered in the office of the Clerk of the United States District Court, District of Arizona on March 29, 2002; (3) that the Judgment of Plaintiff/Judgment Creditor, CITICORP VENDOR FINANCE, INC. against Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC. was registered in this District on January 15, 2004, in the United States District Court, Eastern District of California, Fresno Division; (4) that while a Writ Of Execution against the property of Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC. was requested to be issued concurrently with the Application For Order To Examine Judgment Debtor, Plaintiff/Judgment Creditor, CITICORP VENDOR FINANCE, INC. has been unable to locate and identify assets available for executory by the sheriff or Marshall of the County of San Joaquin and, therefore, the Judgmen4et that has been entered against Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC. remains outstanding and unpaid, in its entirety; and, (5) that Denis Costa Tseklenis is the Chief Executive Office and Chairman Of the Board of Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC. and is, therefore, the person mot knowledgeable of the assets of Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC., that are available for levy.

NOW, THEREFORE, IT IS HEREBY ORDERED that Denis Costa Tseklenis, Chief Executive Office and Chairman Of the Board of Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC. appear before this Court **on THURSDAY, at 10:00 A.M. ON JULY 14, 2005, special hearing date and time**, (was 9:30 a.m. on June 17, 2005) , at the above-entitled Court located at 1130 "O" Street in Fresno, California and on such further days that I shall name, to make discovery on oath concerning the property of Defendant/Judgment Debtor,

1  VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC., and
2  Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK
3  PUBLISHING GROUP, INC. is, in the meantime, hereby forbidden
4  from disposing of any of its property not otherwise exempt from execution.
5      IT IS HEREBY FURTHER ORDERED that Denis Costa Tseklenis,
6  Chief Executive Office and Chairman Of the Board of
7  Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK
8  PUBLISHING GROUP, INC., shall bring and have with him, and produce at the date, time, and place stated above, at the
9  examination herein herein ordered, the following books,
10 papers, and records, now in his possession and/or control:

> All records of deposit with any financial institutions during the period between January 1, 2004 and the present; and,
>
> All records that refer or relate to the monies on deposit in the name of Defendant/Judgment Debtor, VOLT, INC., fka DEERBROOK PUBLISHING GROUP, INC.

IT IS SO ORDERED.

Dated:   **June 3, 2005**                                  **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE

3