IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITICORP VENDOR FINANCE, INC. ) | | |
| ) | | |
| Plaintiff, ) | No. 1:04-MC-00009 | |
| ) | | |
| vs. ) | ORDER RECALLING WARRANT | |
| ) | | |
| VOLT, INC. ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

The U.S. Marshal's office in Fresno, California contacted the Court to recall the outstanding Warrant issued against Dennis Costa Tseklenis on July 20, 2005, unable to execute said warrant.

The Court hereby Orders the Warrant against Dennis Costa Tseklenis RECALLED and case Closed.

IT IS SO ORDERED.

**Dated:   May 27, 2011**                       /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1